# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Chadwick J. Buynak aka Chadwick Buynak aka Chadwick Joseph Buynak**<br>　　　　　　　　**Debtor(s)** | **BK NO. 24-00805 MJC**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. and index same on the master mailing list.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ *Michael Farrington*
　　　　　　　　　　　　　　　Michael Farrington
　　　　　　　　　　　　　　　24 Apr 2024, 11:24:16, EDT


　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　215-627-1322