United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-00805-MJC
Chadwick J. Buynak  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Apr 26, 2024      Form ID: ntnew341      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chadwick J. Buynak, 89 Tompkins St., Apt 1, Pittston, PA 18640-1022 |
| 5607444 | + | Bradford Cty. Domestic Relat, Bradford County Courthouse, 301 Main Str, Towanda, PA 18848-1851 |
| 5607451 | + | Concord, 4343 N. Scottsdale Rd., Suite 270, Scottsdale, AZ 85251-3352 |
| 5607452 | + | DYSBEDPUZ 1, LLC, PO Box 406, Andover, NJ 07821-0406 |
| 5607453 | + | Geisinger Health System, P.O. Box 828560, Philadelphia, PA 19182-8560 |
| 5607454 | + | Guthrie Clinic, 132 Colonial Dr., Towanda, PA 18848-8107 |
| 5607456 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5607457 | | Lindsey Catoggio, 867 Cottrell Rd., Thompson, PA 18465 |
| 5607459 | + | Northeastern Gastroenterology Assoc, 1860 Fair Ave, Suite A, Honesdale, PA 18431-2108 |
| 5607462 | + | Susquehanna County Domestic Relations, 31 Lake Ave., PO Box 218, Montrose, PA 18801-0218 |
| 5607463 | + | The Dime Bank, 820 Church St.,, Honesdale, PA 18431-1851 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5607448 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 26 2024 18:40:00 | CCS Collections, 725 Canton Street, Newton, MA 02062-2679 |
| 5607445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 18:54:49 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5611228 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 18:54:37 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5607446 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2024 18:40:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Valhalla, NY 10595-2321 |
| 5607447 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2024 18:40:00 | Cavalry Portfolio Services, 500 Summit Lake Dr. Ste 4A, Valhalla, NY 10595-2323 |
| 5608438 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2024 18:40:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5607450 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2024 18:54:38 | Citibank, Box 6062, Sioux Falls, SD 57117 |
| 5607455 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2024 18:40:00 | Jefferson Capital Systems, 16 McLeland Rd., St Cloud, MN 56303 |
| 5613173 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 18:54:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5607458 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 18:54:36 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5607460 | ^ | MEBN | Apr 26 2024 18:38:03 | Roundpoint Mortgage Servicing Corp., P.O. Box 19409, Charlotte, NC 28219-9409 |
| 5607461 | + | Email/Text: birminghamtops@sba.gov | Apr 26 2024 18:40:20 | Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |

| | | | | |
|---|---|---|---|---|
| 5607464 | + | Email/Text: meronem@wmh.org | Apr 26 2024 18:40:00 | Wayne Memorial Hospital, Attn: Collection Dept., 601 Park St., Honesdale, PA 18431-1498 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5607449 | *+ | Chadwick J. Buynak, 89 Tompkins St., Apt 1, Pittston, PA 18640-1022 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Tullio DeLuca | on behalf of Debtor 1 Chadwick J. Buynak tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chadwick J. Buynak,
aka Chadwick Buynak, aka Chadwick Joseph Buynak,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−00805−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: June 3, 2024<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 26, 2024 |

ntnew341 (09/23)