# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

May 17, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: Chadwick J. Buynak
Chapter 13 Bankruptcy
Case No. 5:24-00805

Dear Sir/Madam:

I have received returned mail for **Geisinger Medical Center,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO Box 828560 Philadelphia, PA 19182-8560. The correct information is as follows:

Geisinger Medical Center
1800 Mulberry Street
Scranton, PA 18510

I served the Notice of Chapter 13 Bankruptcy at the above address on April 4th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/as