UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CHADWICK J. BUYNAK : CASE NO. 5-24-00805
        Debtor. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LINDSEY A. CATOGGIO :
        Movant, :
:
vs. :
CHADWICK J. BUYNAK :
        Respondent. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW COMES, Chadwick J. Buynak, the Debtor, and files an Answer to Lindsey A. Catoggio's Motion for Relief From the Automatic Stay:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. The averments of Paragraph 4 are conclusions or conclusions of law to which no response is required. Strict proof is hereby demanded at trial.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied. The averments of Paragraph 10 are conclusions or conclusions of law to which no response is required.

11. Denied. The Debtor has the right to administer the Estate property under the Chapter 13 proceeding. Debtor may agree to sell the property and any net sale proceeds divided with the co-owner.

12. Denied. The Bankruptcy was filed to stop creditor harassment against the Debtor and eliminate unsecured debt, and therefore, was not filed in "bad faith".

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: May 30, 2024  /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA  18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| CHADWICK J. BUYNAK | : CASE NO. 5-24-00805 |
| Debtor. | : |

*************************************************************************

| | |
|---|---|
| LINDSEY A. CATOGGIO | : |
| Movant, | : |
| | : |
| vs. | : |
| CHADWICK J. BUYNAK | : |
| Respondent. | : |

*************************************************************************

**CERTIFICATE OF SERVICE**

*************************************************************************

The undersigned hereby certifies that on May 30, 2024, he caused a true and correct copy of Debtor's Answer to Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

John J. Martin, Esq. at jmartin@martin-law.net

Dated: May 30, 2024                                /s/Tullio DeLuca
                                                                        Tullio DeLuca, Esquire