U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Chadwick J. Buynak, Case Number: 24-00805, MJC, Ref: [p-213526098]

From: usbankruptcycourts@noticingcenter.com
To: tullio.deluca@verizon.net
Date: Thursday, May 30, 2024 at 02:57 PM EDT

Notice of Returned Mail to Debtor/Debtor's Attorney

May 30, 2024

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Chadwick J. Buynak, Case Number 24-00805, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

IMPORTANT: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Geisinger Health System
P.O. Box 828560
Philadelphia, PA 19182-8560

THE UPDATED ADDRESS IS:

Geisinger Health System
100 North Academy Avenue
Danville, PA 17822

_____
Signature of Debtor or Debtor's Attorney

5/31/2024
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

R_P52400805ntnew3410040.PDF
4.1kB