United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Chadwick J. Buynak  
Lindsey A Catoggio  
    Debtors

Case No. 24-00805-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 03, 2024      Form ID: ntcnfhrg      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chadwick J. Buynak, 89 Tompkins St., Apt 1, Pittston, PA 18640-1022 |
| pla | + | Lindsey A Catoggio, c/o John J. Martin, Esquire, 1022 Court Street, Honesdale, PA 18431-1925 |
| 5607444 | + | Bradford Cty. Domestic Relat, Bradford County Courthouse, 301 Main Str, Towanda, PA 18848-1851 |
| 5607451 | + | Concord, 4343 N. Scottsdale Rd., Suite 270, Scottsdale, AZ 85251-3352 |
| 5607452 | + | DYSBEDPUZ 1, LLC, PO Box 406, Andover, NJ 07821-0406 |
| 5607453 | + | Geisinger Health System, 1800 Mulberry Street, Scranton PA 18510-2369 |
| 5607454 | + | Guthrie Clinic, 132 Colonial Dr., Towanda, PA 18848-8107 |
| 5607456 | ++ | LAW OFFICE OF TULLIO DELUCA, 381 N 9TH AVENUE, SCRANTON PA 18504-2005 address filed with court:, Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5607457 | | Lindsey Catoggio, 867 Cottrell Rd., Thompson, PA 18465 |
| 5607459 | + | Northeastern Gastroenterology Assoc, 1860 Fair Ave, Suite A, Honesdale, PA 18431-2108 |
| 5607462 | + | Susquehanna County Domestic Relations, 31 Lake Ave., PO Box 218, Montrose, PA 18801-0218 |
| 5607463 | + | The Dime Bank, 820 Church St.,, Honesdale, PA 18431-1851 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5607448 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 03 2024 18:56:00 | CCS Collections, 725 Canton Street, Newton, MA 02062-2679 |
| 5607445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2024 18:54:40 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5611228 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2024 18:54:06 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5607446 | + | Email/Text: bankruptcy@cavps.com | Jun 03 2024 18:56:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Valhalla, NY 10595-2321 |
| 5607447 | + | Email/Text: bankruptcy@cavps.com | Jun 03 2024 18:56:00 | Cavalry Portfolio Services, 500 Summit Lake Dr. Ste 4A, Valhalla, NY 10595-2323 |
| 5608438 | + | Email/Text: bankruptcy@cavps.com | Jun 03 2024 18:56:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5607450 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2024 19:07:33 | Citibank, Box 6062, Sioux Falls, SD 57117 |
| 5607455 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 03 2024 18:56:00 | Jefferson Capital Systems, 16 McLeland Rd., St Cloud, MN 56303 |
| 5619175 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 03 2024 18:56:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5607456 | | Email/Text: tullio.deluca@verizon.net | Jun 03 2024 18:56:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5613173 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2024 18:54:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5607458 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2024 19:06:26 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5607460 | ^ | MEBN | Jun 03 2024 18:51:20 | Roundpoint Mortgage Servicing Corp., P.O. Box 19409, Charlotte, NC 28219-9409 |
| 5607461 | + | Email/Text: birminghamtops@sba.gov | Jun 03 2024 18:56:35 | Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 5607464 | + | Email/Text: meronem@wmh.org | Jun 03 2024 18:55:00 | Wayne Memorial Hospital, Attn: Collection Dept., 601 Park St., Honesdale, PA 18431-1498 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5607449 | *+ | Chadwick J. Buynak, 89 Tompkins St., Apt 1, Pittston, PA 18640-1022 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John J Martin | on behalf of Plaintiff Lindsey A Catoggio jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. mfarrington@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Chadwick J. Buynak tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chadwick J. Buynak,
aka Chadwick Buynak, aka Chadwick Joseph Buynak,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−00805−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 4, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 11, 2024 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 3, 2024 |

ntcnfhrg (08/21)