UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHADWICK J. BUYNAK | : | CASE NO. 5-24-00805 |
| Debtor. | : | |

*************************************************************************

| | | |
|---|---|---|
| LINDSEY A. CATOGGIO | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| CHADWICK J. BUYNAK | : | |
| Respondent. | : | |

*************************************************************************

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party(parties). This is a first request for a continuance

Reason for continuance: **Counsel for Debtor has a previously scheduled medical appointment at 10:15am which cannot be rescheduled.**

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.


Dated: June 12, 2024          /s/Tullio DeLuca
                              Attorney for Chadwick J. Buynak
                              Name: Tullio DeLuca, Esq.
                              Phone No. (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

| | | |
|---|---|---|
| CHADWICK J. BUYNAK | : | CASE NO. 5-24-00805 |
| Debtor. | : | |

***

| | | |
|---|---|---|
| LINDSEY A. CATOGGIO | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| CHADWICK J. BUYNAK | : | |
| Respondent. | : | |

***

## CERTIFICATE OF SERVICE

***

The undersigned hereby certifies that on June 12, 2024, he caused a true and correct copy of Debtor's Request to Continue Hearing/Trial to be served Via electronic filing on the following CM/ECF participants:

John J. Martin, Esq. at jmartin@martin-law.net

Jack N Zaharopoulos at jackz@pamd13trustee.com


Date of Mailing:   June 12, 2024           /s/Tullio DeLuca
                                            Tullio DeLuca, Esquire