IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CHADWICK J. BUYNAK | : | 5-24-00805-MJC |
| DEBTOR(S) | : | CHAPTER 7 |

## LINDSEY A. CATOGGIO'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION(S)

**AND NOW COMES,** Lindsey A. Catoggio ("Movant") by and through her attorney, John J. Martin, and files this Objection to Debtor's Claim of Exemption(s) as follows:

1. That the Debtor herein, Chadwick J. Buynak ("Debtor") filed Chapter 13 bankruptcy on April 4, 2024, commencing the above captioned case under the United States Bankruptcy Code ("Code").

2. That Jack N. Zaharopoulos is the duly appointed Chapter 13 Trustee serving in the case.

3. That Objector, Lindsey A. Catoggio ("Movant"), is a adult individual with an address of 887 Cottrell Road, Thompson, PA 18465.

4. That Objector is a co-owner with Debtor in certain real property located at 887 Cottrell Road, Thompson, Pennsylvania, 18465 and further described in Deed dated September 16, 2020 and recorded on September 23, 2020 in the Recorder of Deeds Office in and for Susquehanna County, Commonwealth of Pennsylvania, to Instrument #202006685 ("Real Property").

5. That at the time of the filing of the bankruptcy case, the Debtor resided at 89 Tompkins Street, Apt 1, Pittston, PA 18640.

6. The Debtor has improperly claimed an exemption under 11 U.S.C. 522(d)(1) in his interest in the real property located at 887 Cottrell Road, Thompson, Pennsylvania, 18465.

**WHEREFORE**, your Objector respectfully requests that this Honorable Court to (1) sustain her objection to the Debtor's Claim of Exemption(s) and (2) for such other and further relief as this Honorable Court deems just and proper.

Date: June 12, 2024 /s/John J. Martin, Esquire
John J. Martin, Esquire
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA  18431
(570) 253-6899
jmartin@martin-law.net
Attorney for Objector

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CHADWICK J. BUYNAK : 5-24-00805-MJC
    DEBTOR(S) : CHAPTER 7
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, hereby certify that on this date a copy of the forgoing Objection to Debtor's Claim of Exemption(s) was served upon the following individuals/entities in the manner indicated:

**VIA ECF:**
Tullio Deluca, Esq.
Jack N. Zaharopoulos, Chapter 13 Trustee

**VIA REGULAR MAIL:**
Chadwick J. Buynak
89 Tompkins St. Apt 1
Pittston, PA 18640

Date: June 12, 2024                      /s/John J. Martin, Esquire
                                                 John J. Martin, Esquire
                                                 Law Offices of John J. Martin
                                                 1022 Court Street
                                                 Honesdale, PA 18431
                                                 (570) 253-6899
                                                 jmartin@martin-law.net
                                                 Attorney for Objector