UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
CHADWICK J. BUYNAK : CASE NO. 5-24-00805
    Debtor. :
*************************************************************************
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant, :
    vs. :
CHADWICK J. BUYNAK :
    Respondent. :
*************************************************************************

**DEBTOR'S ANSWER TO CHAPTER 13 TRUSTEE'S
OBJECTION TO CLAIM OF EXEMPTION**

*************************************************************************

AND NOW Comes, Chadwick J. Buynak, the Debtor, and files an Answer to Chapter 13 Trustee's Objection to claim of Exemption and states the following:

1. The exemption of assets claimed under 11 U.S.C. SECTION 522(d)(1) is proper as the Debtor's eight (8) year old son resides in the house. His son is a dependant of the Debtor. Under Section 522(d)(1), Debtor is allowed to take an exemption where a dependant lives in the house.

2. Debtor owns the residence located at 887 Cottrell Rd., Thompson, PA with his ex-girlfriend, Lindsey Cottagio. The Debtor was forced to leave the residence because of a PFA filed against him by Lindsey Cottagio.

3. Debtor has properly exempted the above real property under 11 U.S.C. SECTION 522(d)(1).

4. There is no reasonable basis for Trustee's general objection to exemptions rightfully taken by the Debtor pursuant to 11 U.S.C. SECTION 522(d)(1).

5. There is no basis under the law to deny Debtor's exemptions.

WHEREFORE, the Debtor respectfully requests that this Court Overrule Chapter 13 Trustee's Objection to Claim of Exemption.

Respectfully submitted,

Date: June 26, 2024

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| IN RE: | : | CHAPTER 13 |
| CHADWICK J. BUYNAK | : | CASE NO. 5-24-00805 |
| Debtor. | : | |

*************************************************************************

| | |
|---|---|
| JACK N. ZAHAROPOULOS | : |
| STANDING CHAPTER 13 TRUSTEE | : |
|    Movant, | : |
|    vs. | : |
| CHADWICK J. BUYNAK | : |
|    Respondent. | : |

*************************************************************************
**CERTIFICATE OF SERVICE**
*************************************************************************

The undersigned hereby certifies that on June 26, 2024, he caused a true and correct copy of Debtor's Answer to Chapter 13 Trustee's Objection to claim of Exemption to be served Via electronic filing on the following CM/ECF users at the following address:

Agatha McHale at amchale@pamd13trustee.com

Dated:  June 26, 2024              /s/Tullio DeLuca
                                   Tullio DeLuca, Esquire