UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```
****************************************************************************
IN RE:                              :   CHAPTER 13
CHADWICK J. BUYNAK                  :   CASE NO. 5-24-00805
                    Debtor.         :
****************************************************************************
LINDSEY A. CATOGGIO                 :
                    Movant,         :
                                    :
        vs.                         :
CHADWICK J. BUYNAK                  :
                    Respondent.     :
****************************************************************************
```

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party(parties). This is a first request for a continuance

Reason for continuance: **Counsel for Debtor is recovering from surgery and is unable to attend the hearing.**

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.


Dated: July 8, 2024                     /s/Tullio DeLuca
                                        Attorney for Chadwick J. Buynak
                                        Name: Tullio DeLuca, Esq.
                                        Phone No. (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*********************************************************************************

| | | |
|---|---|---|
| CHADWICK J. BUYNAK | : | CASE NO. 5-24-00805 |
| Debtor. | : | |

*********************************************************************************

| | | |
|---|---|---|
| LINDSEY A. CATOGGIO | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| CHADWICK J. BUYNAK | : | |
| Respondent. | : | |

*********************************************************************************

## CERTIFICATE OF SERVICE

*********************************************************************************

The undersigned hereby certifies that on July 8, 2024, he caused a true and correct copy of Debtor's Request to Continue Hearing/Trial to be served Via electronic filing on the following CM/ECF participants:

John J. Martin, Esq. at jmartin@martin-law.net

Jack N Zaharopoulos at jackz@pamd13trustee.com

Date of Mailing:   July 8, 2024                    /s/Tullio DeLuca
                                                   Tullio DeLuca, Esquire