IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CHADWICK J. BUYNAK | : | 5-24-00805-MJC |
| DEBTOR(S) | : | CHAPTER 7 |

## OBJECTION OF LINDSEY A. CATOGGIO TO DEBTOR'S MOTION TO CONTINUE

**AND NOW COMES,** Lindsey A. Catoggio ("Movant") by and through her attorney, John J. Martin, and files this Objection to Debtor's Motion to Continue Hearing as follows:

1. That the Debtor herein, Chadwick J. Buynak ("Debtor") filed Chapter 13 bankruptcy on April 4, 2024, commencing the above captioned case under the United States Bankruptcy Code ("Code").

2. That Jack N. Zaharopoulos is the duly appointed Chapter 13 Trustee serving in the case.

3. That Objector Lindsey A. Catoggio ("Objector"), is a adult individual with an address of 887 Cottrell Road, Thompson, PA 18465.

4. That Objector is a co-owner with Debtor in certain real property located at 887 Cottrell Road, Thompson, Pennsylvania, 18465 and further described in Deed dated September 16, 2020 and recorded on September 23, 2020 in the Recorder of Deeds Office in and for Susquehanna County, Commonwealth of Pennsylvania, to Instrument #202006685 ("Real Property").

5. That at the time of the Debtor's bankruptcy filing and action in partition of the Real Property was pending in the Court of Common Pleas of Susquehanna County captioned *Lindsey A. Catoggio vs. Chadwick J. Buynak, Case No. 205-2023*.

6. Objector is seeking relief from stay to permit the action in partition to proceed.

7. There have been numerous continuances of this matter.

8. Objector will suffering additional damage and be prejudiced if the pending motion for relief from stay hearing is continued.

**WHEREFORE**, your Objector respectfully requests that this Honorable Court to (1) deny the request for continuance and (2) for such other and further relief as this Honorable Court deems just and proper.

Date: August 19, 2024

/s/John J. Martin, Esquire
John J. Martin, Esquire
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
jmartin@martin-law.net
Attorney for Objector

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CHADWICK J. BUYNAK : 5-24-00805-MJC
    DEBTOR(S) : CHAPTER 7

**CERTIFICATE OF SERVICE**

I, hereby certify that on this date a copy of the forgoing Objection to Debtor's Motion to Continue was served upon the following individuals/entities in the manner indicated:

**VIA ECF:**
Tullio Deluca, Esq.
Jack N. Zaharopoulos, Chapter 13 Trustee

**VIA REGULAR MAIL:**
Chadwick J. Buynak
89 Tompkins St. Apt 1
Pittston, PA 18640

Date: August 19, 2024      /s/John J. Martin, Esquire
    John J. Martin, Esquire
    Law Offices of John J. Martin
    1022 Court Street
    Honesdale, PA 18431
    (570) 253-6899
    jmartin@martin-law.net
    Attorney for Objector