UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| CHADWICK J. BUYNAK : | CASE NO. 5-24-00805 |
| Debtor. : | |

*************************************************************************

| | |
|---|---|
| LINDSEY A. CATOGGIO : | |
| Movant, : | |
| : | |
| vs. : | |
| CHADWICK J. BUYNAK : | |
| Respondent. : | |

*************************************************************************

### DEBTOR'S ANSWER TO OBJECTION OF LINDSEY A. CATOGGIO TO DEBTOR'S MOTION TO CONTINUE

*************************************************************************

AND NOW COMES, Chadwick J. Buynak, the Debtor, and files an Answer to Objection of Lindsey A. Catoggio's to Debtor's Motion to Continue Hearing on the Motion for Relief From the Automatic Stay:

1. Counsel for Debtor reached out to Counsel for Movant on July 28, 2024 with a proposal to resolve the matter. Counsel requested an offer from Movant to settle the matter. A copy of the email is attached as Exhibit "A".

2. Counsel for Movant responded on July 29, 2024 that he believed his client would be making an offer to resolve the matter. A copy of the email is attached as Exhibit "B".

3. Counsel for Debtor reached out to Movant's Counsel yesterday to follow up on the offer. Counsel for Movant just provided an appraisal and offer this morning.

4. Counsel for Debtor needs additional time to discuss the matter with the Debtor and attempt to get the matter resolved.

WHEREFORE, the Debtor respectfully requests that the Court grant the Motion to Continue Hearing.

                                                    Respectfully submitted,

Date: August 19, 2024                    /s/Tullio DeLuca
                                                    Tullio DeLuca, Esquire
                                                    PA ID# 59887
                                                    381 N. 9th Avenue
                                                    Scranton, PA 18504
                                                    (570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CHADWICK J. BUYNAK : CASE NO. 5-24-00805
        Debtor. :
*************************************************************************
LINDSEY A. CATOGGIO :
        Movant, :
 :
vs. :
CHADWICK J. BUYNAK :
        Respondent. :
*************************************************************************

**CERTIFICATE OF SERVICE**
*************************************************************************

The undersigned hereby certifies that on August 19, 2024, he caused a true and correct copy of Debtor's Answer to Objection of Lindsey A. Catoggio's to Debtor's Motion to Continue Hearing on the Motion for Relief From the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com


    John J. Martin, Esq. at jmartin@martin-law.net


Dated: August 19, 2024                 /s/Tullio DeLuca
                                                      Tullio DeLuca, Esquire