IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CHADWICK J. BUYNAK | : | 5-24-00805-MJC |
| DEBTOR(S) | : | CHAPTER 7 |

## OBJECTION OF LINDSEY A. CATOGGIO TO DEBTOR'S AMENDED CHAPTER 13 PLAN

**AND NOW COMES,** Lindsey A. Catoggio ("Movant") by and through her attorney, John J. Martin, and files this Objection to Debtor's Amended Chapter 13 Plan as follows:

1. That the Debtor herein, Chadwick J. Buynak ("Debtor") filed Chapter 13 bankruptcy on April 4, 2024, commencing the above captioned case under the United States Bankruptcy Code ("Code").

2. That Jack N. Zaharopoulos is the duly appointed Chapter 13 Trustee serving in the case.

3. That Movant, Lindsey A. Catoggio ("Movant"), is a adult individual with an address of 887 Cottrell Road, Thompson, PA 18465.

4. That Objector is a co-owner with Debtor in certain real property located at 887 Cottrell Road, Thompson, Pennsylvania, 18465 and further described in Deed dated September 16, 2020 and recorded on September 23, 2020 in the Recorder of Deeds Office in and for Susquehanna County, Commonwealth of Pennsylvania, to Instrument #202006685 ("Real Property").

5. That Objector is the plaintiff in an action in partition regarding the Real Property located at 887 Cottrell Road, Thompson, Pennsylvania pending in the Court of Common Pleas of Susquehanna County captioned *Lindsey A. Catoggio vs. Chadwick J.*

*Buynak*, Case No. 205-2023. A time stamped copy of the Complaint with exhibits is attached hereto, made a part hereof and labeled Exhibit "A".

6. That the Debtor asserts an ownership interest in the Real Property subject to the partition action.

7. That the filing of instant bankruptcy stayed the partition action.

8. That to the extent that the Debtor has an interest in the Real Property subject to the partition action, the same constitutes property of the estate pursuant to §541 of the Code.

9. The Objector believes and therefore avers that the Debtor's Chapter 13 case was filed to thwart the state court action in partition proceeding.

10. That the Objector believes and therefore avers that the Debtors' bankruptcy case was filed in "bad faith" and should be dismissed.

11. That the Debtor's Amended Chapter 13 Plan fails to adequately address and provide for Objector's interest in the Real Property.

**WHEREFORE**, your Objector respectfully requests that this Honorable Court to (1) sustain her objection to the Debtor's Amended Chapter 13 Plan and (2) for such other and further relief as this Honorable Court deems just and proper.

Date: August 20, 2024  /s/John J. Martin, Esquire
John J. Martin, Esquire
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
jmartin@martin-law.net
Attorney for Objector

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CHADWICK J. BUYNAK : 5-24-00805-MJC
    DEBTOR(S) : CHAPTER 7
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**CERTIFICATE OF SERVICE**

I, hereby certify that on this date a copy of the forgoing Objection to Debtor's Amended Chapter 13 Plan was served upon the following individuals/entities in the manner indicated:

**VIA ECF:**
Tullio Deluca, Esq.
Jack N. Zaharopoulos, Chapter 13 Trustee

**VIA REGULAR MAIL:**
Chadwick J. Buynak
89 Tompkins St. Apt 1
Pittston, PA 18640

Date: August 20, 2024                         /s/John J. Martin, Esquire
                                                                     John J. Martin, Esquire
                                                                     Law Offices of John J. Martin
                                                                     1022 Court Street
                                                                     Honesdale, PA 18431
                                                                     (570) 253-6899
                                                                     jmartin@martin-law.net
                                                                     Attorney for Objector