# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**CHADWICK J. BUYNAK** | Case Number: 5-24-00805
Chapter: **13**

\* Debtor(s)

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice of Motion to Sell Free and Clear of All Liens, Charges and Encumbrances was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: November 18, 2024

SIGNED: /s/Lisa Manchak

TITLE: Legal Assistant

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

CHADWICK J. BUYNAK :
        Debtor : CASE NO. 5-24-00805

*************************************************************************

CHADWICK J. BUYNAK :
        Movant :
    vs. :
SUSQUEHANNA COUNTY TAX CLAIM :
BUREAU, ROUNDPOINT MORTGAGE, :
LINDSEY A. CATOGGIO, INTERNAL :
REVENUE SERVICE, PA DEPARTMENT OF :
REVENUE and JACK N. ZAHAROPOULOS, :
ESQUIRE :
        Respondents :

*************************************************************************

## NOTICE OF DEBTOR'S MOTION TO APPROVE PRIVATE SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES AND ENCUMBRANCES

*************************************************************************

NOTICE IS HEREBY GIVEN THAT:

Debtor, Chadwick J. Buynak resides at 89 Tompkins St., Apt 1, Pittston, PA and seeks leave to sell real property of the above captioned case located 887 Cottrell Rd, Thompson, PA, to Lindsey A. Catoggio, for the sum of One Hundred Thirty Thousand ($130,000.00) Dollars. The sale is to be free and clear of all liens, charges and encumbrances, with all valid liens and encumbrances to be paid at time of closing.

    The Debtors further request the Court to allow distribution of the proceeds from the sale of real property as follows:

    a. Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1,500.00;

    b. Any Notarization and/or incidental recording fees associated with the sale of the above property;

    c. Any transfer tax which is the responsibility of the seller herein;

    d. Any unpaid real estate taxes and other municipal claims/liens arising from property;

    e. Payment in full to Roundpoint Mortgage;

f. Any amount in excess of the amount due to extinguish the outstanding mortgage on the real property shall be divided equally between the parties.

g. That any other unpaid liens shall attach to the remaining sale proceeds;

h. Debtor's exemption in the amount of $26,785.00

i. The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Jack N. Zaharopoulos, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan

The Sale is not subject to higher and better offers.

Any inquiries regarding the sale and/or to request for copies of the motion or a time and date to examine the property prior to the sale, can be made directly to Debtor's Counsel, Tullio DeLuca, Esquire.

Hearing on any Answers or Objections will be heard on January 07, 2025 at 10:00am. If no objection and request for hearing are timely filed with the Bankruptcy Clerk, 197 South Main Street, Wilkes-Barre, PA 18701 to the sale of the aforementioned real property on the above terms and conditions on or before **December 09, 2024,** the Court may grant the relief requested. If you desire to contest this matter, file a written objection in the form of responsive pleading and request a hearing with a copy to Tullio DeLuca, Esquire at the address below: Any filing must conform to the Rule of Bankruptcy Procedures unless the Court determines otherwise.

Date of Notice: November 18, 2024     Tullio DeLuca, Esquire
381 N 9th Avenue
Scranton, PA 18504
(570) 347-7764

| | | |
|---|---|---|
| Bradford Cty. Domestic Relat<br>Bradford County Courthouse, 301 Main Str<br>Towanda, PA 18848-1851 | CCS Collections<br>725 Canton Street<br>Newton, MA 02062-2679 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cavalry Portfolio Services<br>500 Summit Lake Dr.<br>Valhalla, NY 10595-2321 | Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 |
| Citibank<br>Box 6062<br>Sioux Falls, SD 57117 | Concord<br>4343 N. Scottsdale Rd.<br>Suite 270<br>Scottsdale, AZ 85251-3352 | DYSBEDPUZ 1, LLC<br>PO Box 406<br>Andover, NJ 07821-0406 |
| GEISINGER<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Geisinger Health System<br>100 North Academy Avenue<br>Danville, PA 17822-0001 | Guthrie Clinic<br>132 Colonial Dr<br>Towanda, PA 18848-8107 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC<br>55 Beattie Place<br>Greenville, SC 29601-2165 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lindsey Catoggio<br>867 Cottrell Rd<br>Thompson, PA 18465 | M&T BANK<br>PO Box 1508<br>Buffalo, NY 14240-1508 | Northeastern Gastroenterology Assoc<br>1860 Fair Ave, Suite A<br>Honesdale, PA 18431-2108 |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION<br>446 WRENPLACE ROAD<br>FORT MILL SC 29715-0200 | Roundpoint Mortgage Servicing Corp.<br>P.O. Box 19409<br>Charlotte, NC 28219-9409 | Small Business Administration<br>801 Tom Martin Drive, Suite 120<br>Birmingham, AL 35211-6424 |
| Susquehanna County Domestic Relations<br>31 Lake Ave.<br>PO Box 218<br>Montrose, PA 18801-0218 | The Dime Bank<br>820 Church St.<br>Honesdale, PA 18431-1851 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| Wayne Memorial Hospital<br>Attn: Collection Dept.<br>601 Park St<br>Honesdale, PA 18431-1498 | JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Lindsey A Catoggio<br>c/o John J. Martin, Esquire<br>1022 Court Street<br>Honesdale, PA 18431-1925 |