UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | |
|---|---|
| CHADWICK J. BUYNAK | : |
|     Debtor | :    CASE NO. 5-24-00805 |

*************************************************************************

| | |
|---|---|
| CHADWICK J. BUYNAK | : |
|     Movant | : |
|     vs. | : |
| SUSQUEHANNA COUNTY TAX CLAIM | : |
| BUREAU, ROUNDPOINT MORTGAGE, | : |
| LINDSEY A. CATOGGIO, INTERNAL | : |
| REVENUE SERVICE, PA DEPARTMENT | : |
| OF REVENUE and | : |
| JACK N. ZAHAROPOULOS, | : |
| ESQUIRE | : |
|     Respondents | : |

*************************************************************************

**CERTIFICATION OF NO ANSWER OR OBJECTIONS**
*************************************************************************

    I, Tullio DeLuca, Esq, counsel for Chadwick Buynak ("Debtor"), hereby certify that no answer, objection, or other response to the Motion to Approve Private Sale of Real and Personal Property as provided under 11 U.S.C. § 362 of the Bankruptcy Code, has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court grants the Motion.


Date: December 16, 2024          By: /s/Tullio DeLuca
                                                      Tullio DeLuca, Esq.
                                                      Attorney for Debtor
                                                      381 N. 9th Avenue
                                                      Scranton, PA 18504
                                                      (570) 347-7764