In re:                                                 Case No. 24-00805-MJC

Chadwick J. Buynak                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                                      Page 1 of 2

Date Rcvd: Dec 23, 2024                   Form ID: pdf010                           Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Ana Marie B. Amenta, Insolvency Specialist, Internal Revenue Service, 600 Arch Street, Philadelphia PA 19106-1695 |
| | + | Bruce D. Brandler, Esq., US Attorney, PO Box 309, Scranton, PA 18501-0309 |
| | | Joseph J. Swartz, Counsel, PA Dep. of Revenue, Office of Chief Counsel, PO Box 281061, Harrisburg PA 17126-1061 |
| | + | Merrick B. Garland, US Department of Justice, Attorney General's Office, 950 Pennsylvania Ave, NW, Washington DC 20330-0001 |
| | + | Rebecca Wescott, Director, Susquehanna County Domestic Relations, 31 Lake Ave., PO Box 218, Montrose, PA 18801-0218 |
| | + | Roundpoint Mortgage, c/o Brent J. Lemon, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ^ | MEBN | Dec 23 2024 18:38:22 | David Hubbert, Esq., Chief Counsel-Civil Trial Section, 555 W 4th Street, NW, JCB Room 6126, Washington DC 20530-0001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John J Martin | on behalf of Creditor Lindsey A Catoggio jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Tullio DeLuca | on behalf of Debtor 1 Chadwick J. Buynak tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Plaintiff Chadwick J. Buynak tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
********************************************************************

| | |
|---|---|
| CHADWICK J. BUYNAK<br>Debtor | : CASE NO. 5:24-BK-00805-MJC<br>: CHAPTER 13 |

********************************************************************

CHADWICK J. BUYNAK
    Movant
    vs.
SUSQUEHANNA COUNTY TAX CLAIM BUREAU, ROUNDPOINT MORTGAGE, LINDSEY A. CATOGGIO, INTERNAL REVENUE SERVICE, PA DEPARTMENT OF REVENUE and JACK N. ZAHAROPOULOS, ESQUIRE
    Respondents

********************************************************************

**ORDER GRANTING DEBTOR'S MOTION FOR PRIVATE SALE OF PROPERTY
FREE AND CLEAR OF ALL LIENS, CHARGES AND ENCUMBRANCES**
********************************************************************

Upon consideration of the Motion to Approve Private Sale of Real Property Free and Clear of All Liens, Charges and Encumbrances, Dkt. # 85 ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, and no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Debtor, Chadwick J. Buynak is hereby granted leave to sell real property located at 887 Cottrell Rd., Thompson, PA to Lindsey A. Catoggio for the sum of One Hundred Thirty Thousand ($130,000.00) Dollars. All valid liens and encumbrances to attach to the proceeds of said sale, except the encumbrances of outstanding real estate taxes; it is further

**ORDERED** that Debtor is granted leave to allow distribution of the proceeds of the sale at closing as follows:

a. Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1,500.00;

b. Any Notarization and/or incidental recording fees associated with the sale of the above property;

c. Any transfer tax which is the responsibility of the seller herein;

d. Any unpaid real estate taxes and other municipal claims/liens arising from property;

e. Any and all liens against the Property in the order of their priority, including any mortgages secured by the Property, specifically including Roundpoint Mortgage, which are required to be paid in full;

f. Any amount in excess of the amount due to extinguish the outstanding mortgage on the real property shall be divided equally between the parties;

g. That any other unpaid liens shall attach to the remaining sale proceeds;

h. Debtor's exemption in the amount of $26,785.00; and

i. The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Jack N. Zaharopoulos, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan.

Further, the Debtor is allowed to escrow funds at closing for a potential capital tax gain liability.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: December 23, 2024