# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

December 27, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

  **RE: Chadwick J. Buynak**
    **Bankruptcy Case No. 5-24-00805**

Dear Sir/Madam:

 Please accept this as my request for one (1) certified copy of the Order Approving Debtors' Motion for Private Sale of Real and Personal Property Free and Clear of All Liens, Charges and Encumbrances, docketed to Number 93 dated December 23, 2024.

 Thank you in advance for your assistance and cooperation in this matter.

       Very truly yours,

       /s/ Tullio DeLuca

       Tullio DeLuca, Esquire

TD/lm