IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CHADWICK J. BUYNAK : 5-24-00805-MJC
    DEBTOR(S) : CHAPTER 7
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**WITHDRAWL OF OBJECTION OF LINDSEY A. CATOGGIO**
**TO DEBTOR'S AMENDED CHAPTER 13 PLAN**

**AND NOW COMES,** Lindsey A. Catoggio ("Movant") by and through her attorney, John J. Martin, and files this Withdrawal of Objection to Debtor's Amended Chapter 13 Plan as follows:

    1. That Lindsey A. Catoggio hereby withdraws her objection to the Debtor's Amended Chapter 13 Plan.

Date: February 6, 2025                                              /s/John J. Martin, Esquire
                                                                                        John J. Martin, Esquire
                                                                                        Law Offices of John J. Martin
                                                                                        1022 Court Street
                                                                                        Honesdale, PA 18431
                                                                                        (570) 253-6899
                                                                                        jmartin@martin-law.net
                                                                                        Attorney for Objector

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CHADWICK J. BUYNAK : 5-24-00805-MJC
    DEBTOR(S) : CHAPTER 7

**CERTIFICATE OF SERVICE**

    I, hereby certify that on this date a copy of the forgoing Withdrawal of Objection to Debtor's Amended Chapter 13 Plan was served upon the following individuals/entities in the manner indicated:

**VIA ECF:**
Tullio Deluca, Esq.
Jack N. Zaharopoulos, Chapter 13 Trustee

**VIA REGULAR MAIL:**
Chadwick J. Buynak
89 Tompkins St. Apt 1
Pittston, PA 18640

| | |
|---|---|
| Date: February 6, 2025 | /s/John J. Martin, Esquire |
| | John J. Martin, Esquire |
| | Law Offices of John J. Martin |
| | 1022 Court Street |
| | Honesdale, PA 18431 |
| | (570) 253-6899 |
| | jmartin@martin-law.net |
| | Attorney for Objector |