# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**CHADWICK J. BUYNAK**

| | |
|---|---|
| | Chapter: 13 |
| | Case Number: 5-24-00805 |

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

**Tullio DeLuca, Esquire**

___

hereby certifies that a copy of the attached Order Confirming Debtor's Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: __February 13, 2025__

SIGNED: _Lisa Manchak_

TITLE: ___Legal Assistant___

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chadwick J. Buynak,
aka Chadwick Buynak, aka Chadwick Joseph Buynak,

**Debtor 1**

Chapter     13

Case No.     5:24-bk-00805-MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 30, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: February 11, 2025

orcnfpln(05/18)

Case 5:24-bk-00805-MJC   Doc 101   Filed 02/11/25   Entered 02/11/25 15:48:21   Desc
Case 5:24-bk-00805-MJC Order Confirming (Am) Plan 25 Page 1 of 1 02/13/25 13:21:34   Desc
Main Document     Page 2 of 3

Bradford Cty. Domestic Relat
Bradford County Courthouse, 301 Main Str
Towanda, PA 18848-1851

CCS Collections
725 Canton Street
Newton, MA 02062-2679

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Cavalry Portfolio Services
500 Summit Lake Dr.
Valhalla, NY 10595-2321

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Citibank
Box 6062
Sioux Falls, SD 57117

Concord
4343 N. Scottsdale Rd.
Suite 270
Scottsdale, AZ 85251-3352

DYSBEDPUZ 1, LLC
PO Box 406
Andover, NJ 07821-0406

GEISINGER
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

Geisinger Health System
100 North Academy Avenue
Danville, PA 17822-0001

Guthrie Clinic
132 Colonial Dr
Towanda, PA 18848-8107

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
55 Beattie Place
Greenville, SC 29601-2165

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lindsey Catoggio
867 Cottrell Rd
Thompson, PA 18465

M&T BANK
PO Box 1508
Buffalo, NY 14240-1508

Northeastern Gastroenterology Assoc
1860 Fair Ave, Suite A
Honesdale, PA 18431-2108

ROUNDPOINT MORTGAGE SERVICING
CORPORATION
446 WRENPLACE ROAD
FORT MILL SC 29715-0200

Roundpoint Mortgage Servicing Corp.
P.O. Box 19409
Charlotte, NC 28219-9409

Small Business Administration
801 Tom Martin Drive, Suite 120
Birmingham, AL 35211-6424

Susquehanna County Domestic Relations
31 Lake Ave.
PO Box 218
Montrose, PA 18801-0218

The Dime Bank
820 Church St.
Honesdale, PA 18431-1851

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Wayne Memorial Hospital
Attn: Collection Dept.
601 Park St
Honesdale, PA 18431-1498

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Lindsey A Catoggio
c/o John J. Martin, Esquire
1022 Court Street
Honesdale, PA 18431-1925