IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN THE MATTER OF: | ) | Chapter 13 |
| CHADWICK BUYNAK | ) | CASE NO. 5:24-00805 |
| | ) | ADVERSARY NO. 5:25-00014 |
| DEBTOR | ) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 1, 2025, I served a copy of the Complaint to Recover Damages for Violation of the Automatic Stay, issued Summons and Certificate of Service on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Jack N. Zaharopoulos<br>Chapter 13 Trustee<br>PO Box 6008<br>Memphis, TN 38101-6008 | Certified Mail<br>April 1, 2025 |
| US Department of Justice<br>Pamela Bondi, Attorney General<br>50 Pennsylvania Avenue, NW<br>Washington, DC 20530 | Certified Mail<br>April 1, 2025 |
| US Small Business Administration<br>Administrator, Isabel Casillas<br>409 3rd Street, SW<br>Washington, DC 20416 | Certified Mail<br>April 1, 2025 |
| John C. Gurganus, Acting U.S. Attorney<br>William J. Nealon Federal Building and Courthouse<br>235 N. Washington Avenue, Suite 311<br>Scranton, PA 18503 | Certified Mail<br>April 1, 2025 |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 1, 2025

_____
Tullio DeLuca, Esquire

Address:   381 N. 9th Avenue
           Scranton, PA 18504
           570-347-7764

Case 5:24-bk-00805-MJC    Doc 105    Filed 04/01/25    Entered 04/01/25 16:48:34    Desc
Main Document    Page 1 of 1