United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Chadwick J. Buynak  
    Debtor

Case No. 24-00805-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: May 09, 2025     Form ID: pdf010     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Chadwick J. Buynak, 89 Tompkins St., Apt 1, Pittston, PA 18640-1022 |
| cr | + | Lindsey A Catoggio, c/o John J. Martin, Esquire, 1022 Court Street, Honesdale, PA 18431-1925 |
| 5607444 | + | Bradford Cty. Domestic Relat, Bradford County Courthouse, 301 Main Str, Towanda, PA 18848-1851 |
| 5607451 | + | Concord, 4343 N. Scottsdale Rd., Suite 270, Scottsdale, AZ 85251-3352 |
| 5607452 | + | DYSBEDPUZ 1, LLC, PO Box 406, Andover, NJ 07821-0406 |
| 5607453 | + | Geisinger Health System, 100 North Academy Avenue, Danville, PA 17822-0001 |
| 5607454 | + | Guthrie Clinic, 132 Colonial Dr., Towanda, PA 18848-8107 |
| 5607457 | | Lindsey Catoggio, 867 Cottrell Rd., Thompson, PA 18465 |
| 5607459 | + | Northeastern Gastroenterology Assoc, 1860 Fair Ave, Suite A, Honesdale, PA 18431-2108 |
| 5607462 | + | Susquehanna County Domestic Relations, 31 Lake Ave., PO Box 218, Montrose, PA 18801-0218 |
| 5607463 | + | The Dime Bank, 820 Church St.,, Honesdale, PA 18431-1851 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5607448 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 09 2025 18:37:00 | CCS Collections, 725 Canton Street, Newton, MA 02062-2679 |
| 5607445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 09 2025 18:49:54 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5611228 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 09 2025 18:49:49 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5607446 | + | Email/Text: bankruptcy@cavps.com | May 09 2025 18:37:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Valhalla, NY 10595-2321 |
| 5607447 | + | Email/Text: bankruptcy@cavps.com | May 09 2025 18:37:00 | Cavalry Portfolio Services, 500 Summit Lake Dr. Ste 4A, Valhalla, NY 10595-2323 |
| 5608438 | + | Email/Text: bankruptcy@cavps.com | May 09 2025 18:37:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5607450 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 09 2025 18:50:00 | Citibank, Box 6062, Sioux Falls, SD 57117 |
| 5623461 | + | Email/Text: BNCnotices@dcmservices.com | May 09 2025 18:37:00 | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5607455 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 09 2025 18:37:00 | Jefferson Capital Systems, 16 McLeland Rd., St Cloud, MN 56303 |
| 5619175 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 09 2025 18:37:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5607456 | | Email/Text: tullio.deluca@verizon.net | May 09 2025 18:37:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5613173 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2025 18:39:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5607458 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2025 18:49:49 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5623695 | + | Email/Text: camanagement@mtb.com | May 09 2025 18:37:00 | M&T BANK, PO Box 1508, Buffalo, NY 14240-1508 |
| 5622489 | | Email/Text: bankruptcy@roundpointmortgage.com | May 09 2025 18:37:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 5607460 | ^ | MEBN | May 09 2025 18:34:44 | Roundpoint Mortgage Servicing Corp., P.O. Box 19409, Charlotte, NC 28219-9409 |
| 5607461 | + | Email/Text: bankruptcynotices@sba.gov | May 09 2025 18:37:00 | Small Business Administration, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |
| 5666773 | ^ | MEBN | May 09 2025 18:35:01 | TH MSR Holdings LLC, 446 Wrenplace Road, Fort Mill, SC 29715, TH MSR Holdings LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 5666772 | ^ | MEBN | May 09 2025 18:35:00 | TH MSR Holdings LLC, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 5607464 | + | Email/Text: warringki@wmh.org | May 09 2025 18:37:00 | Wayne Memorial Hospital, Attn: Collection Dept., 601 Park St., Honesdale, PA 18431-1498 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TH MSR Holdings LLC |
| 5607449 | *+ | Chadwick J. Buynak, 89 Tompkins St., Apt 1, Pittston, PA 18640-1022 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORPORATION AS SERVICING AGENT FOR FEDERAL NATIONAL MORTGAGE ASSOC. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John J Martin | |

| | |
|---|---|
| | on behalf of Creditor Lindsey A Catoggio jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Ryann D. Loftus | on behalf of Defendant Small Business Administration ryann.loftus@usdoj.gov bethany.a.haase@usdoj.gov |
| Tullio DeLuca | on behalf of Plaintiff Chadwick J. Buynak tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 Chadwick J. Buynak tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Chadwick Buynak, | : | Case No. 5:24-bk-00805-MJC |
| Debtor | : | |
| | : | |
| Chadwick Buynak, | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| Jack N. Zaharopoulos, | : | |
| Standing Chapter 13 Trustee, | : | |
| Respondent. | : | |

## ORDER

Upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, Dkt. # 107 ("Motion"), after notice and service to creditors and parties in interest under Fed. R. Bankr. P. 9013, and no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from March 2025 through May 2025 due to loss of income; and it is further

**ORDERED** that if the Debtor returns to gainful employment prior to expiration of the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 8, 2025