UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CHADWICK J. BUYNAK<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>CHADWICK J. BUYNAK<br>Respondent | CHAPTER 13<br><br>CASE NO. 5:24-BK-00805-MJC |

**CERTIFICATION OF DEFAULT**

AND NOW on October 27, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the Trustee during the remaining term of the plan.

As of October 27, 2026, the Debtor is $750.00 in arrears. a plan payment having last been made on March 31, 2026.

In accordance with said stipulation, the case may be dismissed.

Date: October 27, 2026

Respectfully submitted,

*/s/ Agatha R. McHale, Esquire*

ID: 47613
Attorney for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CHADWICK J. BUYNAK<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br>CASE NO. 5:24-BK-00805-MJC |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 27, 2026, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically
TULLIO DELUCA, ESQUIRE
4113 BIRNEY AVENUE
SUITE 2
MOOSIC, PA 18507

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
CHADWICK J. BUYNAK
170 WILLIAM STREET
PITTSTON, PA 18640

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 27, 2026

*/s/ Ashley Schott*

Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com