IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

****************************************************************************

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CASE NO. 5-24-00805** |
| CHADWICK J. BUYNAK | : | |
| | : | **CHAPTER 13** |

****************************************************************************

**OBJECTION TO CERTIFICATION OF DEFAULT**

****************************************************************************

NOW COMES, Chadwick J. Buynak, the above Debtor, by and through his counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

1. On July 23, 2026, a Motion to Dismiss due to material default was filed.
2. On October 27, 2026, Jack N. Zaharopoulos, Esq. filed a Certificate of Default stating that the Debtor has failed to cure the arrears.
3. Debtor mailed the payment directly to the Trustee on October 26, 2026.
4. The Debtor requests that a hearing be scheduled on the Objection to the Certificate of Default.

WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain the Objection to the Certification of Default and deny the dismissal of the Chapter 13 Case.

Respectfully submitted,

Date: October 28, 2026

/s/Tullio DeLuca

Tullio DeLuca, Esquire
PA ID #59887
Counsel for Debtor
4113 Birney Ave., Suite 2
Moosic, PA 18507

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*********************************************************************

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CASE NO. 5-24-00805** |
| CHADWICK J. BUYNAK | : | |
| | : | **CHAPTER 13** |

************************************************************************************************

**CERTIFICATE OF SERVICE**

************************************************************************************************

The undersigned hereby certifies that on October 28, 2026, he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Date of Mailing: October 28, 2026 /s/Tullio DeLuca
Tullio DeLuca, Esquire